UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| ABAD A. PEREZ | : | Misc. 08-58 (PGS) |
| An Attorney-at-Law | : | O R D E R |

It appearing that respondent, ABAD A. PEREZ, was suspended from the Supreme Court of New Jersey for a period of three months and until further Order of the Court, effective March 4, 2008;

It is on this 3RD, day of APRIL, 2008,

ORDERED that ABAD A. PEREZ be and he hereby is temporarily suspended from the practice of law before this Court for a period of three months, effective March 4, 2008, until further Order of the Court; and

It is further ORDERED that ABAD A. PEREZ be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

GARRETT E. BROWN, JR.
Chief Judge